

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2023 MAY 16 PM 12: 11

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF**

**COLORADO**

**NOTICE OF REMOVAL OF CIVIL**

**ACTION UNDER 28 U.S.C. 1441**

**AND 1446 (Supremacy Clause**

**ARAPAHOE COUNTY COURT /**   **Jurisdiction)**

**PLAINTIFF**

**-Vs-**

**CASE NO. 2019M2459**

**Zacharias Aaron Bey EXREL Hilton Ray Craddock Jr.**

**DEMANDANT/RELATOR**

1555 South Havana Street

F 404

Aurora, Colorado 80012

**AMICUS CURIAE BREIF**

**AFFIDAVIT OF THE TRUSTEE'S OF THE TRUST ENTITIES: Zacharias Aaron Bey**

**EXREL Craddock, Hilton Ray Jr., HEREINAFTER CALL THE DEFENDANTS); IN**

**SUPPORT OF NOTICE AND PENDING CUSTODY ACTION FOR LACK OF STAND**

**By the Prime Minister and Jurisconsult General/National: Tazarna Akira Bey:**

NOW, Come the Trustee over the Trust Entities, appearing specially via this "BRIEF IN SUPPORT OF NOTICE OF REMOVAL FOR LACK OF STANDING AND JURISDICTION," stating as follows:

## JURISDICTION

This court have original jurisdiction over this civil action for the transferring the Custody Action to the Indian Tribal Court Pursuant to the United States of America Bill of Rights in Article 6 Section 1~2~3 of the SUPREMECY CLAUSE

1. The Prime Minister of the Lenapehoking Nation submits this Notice of Removal of this action United States District Court of Colorado, Division, Pursuant to 28 U.S.C. 1441 AND 1446. IN SUPPORT OF THIS REMOVAL, Enoch Tehuti Amen Ra: El states the following:

## AFFIDAVIT

"Indeed, no more than (affidavits) is necessary to make the prima facie case." United States v. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982

For this Defendant/Relator: : Zacharias Aaron Bey EXREL Craddock, Hilton Ray Jr., a living breathing man, being first duly sworn, depose and say he is of lawful age and competent to testify declares by my signature that the following facts are true to the best of my knowledge and belief.

## PRELIMERNARY STATEMENT

Presently before the court is, <u>Zacharias Aaron Bey EXREL Craddock</u>, <u>Hilton Ray Jr.</u> Notice of Removal the Plaintiff: <u>ARAPAHOE COUNTY COURT</u> Custody Complaint under Docket Number: <u>2019M2459</u> to this court for the Federal Court to transfer the Custody Action to the Tribal Court where the <u>Zacharias Aaron Bey EXREL</u> <u>Hilton Ray Craddock Jr.</u> is an American Indians of the (Aboriginal Indigenous) a Federal Recognized Indian tribe, And National Member of the Lenapehoking Nation.

For the following reason the Prime Minister demand shall be grant and the Prime Minister files this Notice of Removal within one year of the date the action was originally filed.

## I. FACTUAL AND PROCEDURAL HISTORY

2. For the record on or about <u>July 27, 2019</u>, Plaintiff: <u>Arapahoe County Court</u> under docket No. <u>2019M2459</u> commenced an instant civil action against the TRUST ORGANIZATION whereas <u>Zacharias Aaron Bey</u> is the administrator over the Trust Estate.

3. The Plaintiff brought Action against an Entity not the Prime Minister (IMPROPER CAPTION) by filing Complaint under docket no. <u>2019M2459</u> for custody under the alleged action brought before the De Facto Corporate Court of the STATE OF COLORADO Court in the Division of Colorado County. (See attach docket entry sheet as exhibit)

4. For the <u>Zacharias Aaron Bey EXREL</u> <u>Hilton Ray Craddock Jr</u> is appointing the Jurisconsult: Tazarna Akira: Bey: as the Tribal Counsel in this instant civil action before this court and is requesting Due Process and Equal Protection of law as require by England Treaties with Indians Nations both Indian of the Lenapehoking and the United States of America Constitution of the United States of America at the 5-14 Amendments with the Bill of Rights the Supremacy Clause Article VI section 1, 2, 3, for the Securing rights under the Colorado Constitution.

## ARGUMENT

**For the: <u>Zacharias Aaron Bey EXREL: Craddock, Hilton Ray Jr</u> is one of the officials of a Theocratic Religious body politic and corporate<u>: Zacharias Aaron Bey EXREL: Craddock, Hilton Ray Jr</u>**

**Ra: El Indian Nation has no Treaties or Contracts with the COLORADO, COUNTY COLORADO, AND  THE STATE OF COLORADO, OR ANY OF THEIR AGENCIES, DEPARTMENT; Although OFFICERS (Municipal citizens or Agents) have no governmental power what so ever as cited in Indians Treaties with the Great Britain, ( England), the De jure United States of America; And  being paid agents of the Municipal corporation called THE STATE OF COLORADO they have over stepped their jurisdictional limits and fraudulently is trying to take authority over a descent, offspring of a American Indian the possession of the Prime Minister of the Lenapehoking Nation the Minister under Tribal Indians own National Flag (Religious/Indigenous -Aboriginal private property that belongs to the Lenapehoking Nation that Accede to the Hague Convention for the Safeguarding of the Intangible Cultural and  Heritage for the *In-Ter-dependence of this* Indian Nation Culture and of the People of the land with Credential-Identification for our Theocratic Government  authority of tribal body politic, without the Jurisdiction of the Municipal corporation known  as THE STATE OF COLORADO and its agents.  For the County of Colorado through it Municipal Corporation is trying to illegally take by abduction the Prime Minister Member by say De Facto officer which in other words (either way is abduction ransom) because the Prime Minister refuses to give his private immune/exemption guarantee him by the Lenapehoking Constitution and the under the Organization of American States for the Duties of a Man, and the United Nation Universal Declaration of Human Rights (in violation of the existing**

international human rights instruments, in particular to the Universal Declaration on Human Rights of 1948, the International Covenant on Economic, Social and Cultural Rights of 1966, and the International Covenant on Civil and Political Rights of 1966,).

6. It was explained in detail that Zacharias Aaron Bey EXREL Hilton Ray: Craddock Jr,. Ra: El is amember of another governmental body politic and the plaintiff: <u>ARAPAHOE Count Court</u> is a resident of Colorado and did file a custody complaint against a National Indian of a Foreign Tribal Government and this City agency have overstepped their jurisdictional boundary and burden the <u>Zacharias Aaron Bey EXREL Hilton Ray Craddock Jr's</u> faith, religious beliefs and practices by forcefully and fraudulently, threatening to abduct the Minister Member is all the way down false and violation of the CONVENTION ON THE CIVIL ASPECTS OF INTERNATIONAL CHILD ABDUCTION by trying to take unlawful possession of a foreign national member against the American Indian Constitution of the Lenapehoking Nation.

7. The National <u>Zacharias Aaron Bey EXREL</u> <u>Hilton Ray Craddock Jr.</u> did file a WRIT OF QUO WARRANTO within the Indian Court for Family affair and file Notice of Removal to transfer the Action to the proper venue under Indian Tribal law for the Minister and his Member's status as national of the (Aboriginal Indigenous) court officer's refused to transfer the custody matter to the American Indian Tribal Court and would not allow the Prime Minister one of the higher ranking National Officer of the government to settle the custody disagreement with the Ward Resident: <u>ARAPAHOE COUNTY COURT</u> of the DE FACTO CITY OF ARPAHOE OF THE DE FACTO CORPORATE STATE DOING BUSINESS UNDER THE TRADE NAME, TRADE MARK OF COLORADO, AND THE PLAINTIFF IS NOT A CITIZEN OF A COUNTRY OR STATES and any claim

the plaintiff think to have is void, null on all points of the laws and is against Indian Treaties with England, and the United States of American.

8.  For any Indian Nation, National Church, congregation or society formed for the purpose of Religious.. worship, may become incorporated in the manner following:  By electing or appointing, according to its usages or customs, at any meeting held for that purpose, two or more of its members as trustees, wardens and vestrymen, (or such other officers whose powers and duties are similar to those of trustees, as shall be agreeable to the usages and customs, rules or regulations of such congregation, church or society), and may adopt a corporate name; and upon the filing of the affidavit, as hereinafter provided, it shall be an remain a body politic and corporate, by the name so adopted.

Body politic-  (1) State: a politically organized body of people under a single government;

(2) Body politic refers to the people of a nation, state or country considered collectively as a body of organized citizens.

Corporate/corporation- A corporation is an institution that is granted a charter recognizing it as a separate legal entity having his own privileges, and liabilities distinct from those of its members.

9.  There are many different forms of corporations, most of which are used to conduct business. A religious organization (i.e. a church, synagogue, Temple, trust, etc., and its affiliated auxiliary organizations) has a choice, as well as a dilemma, when it decides to incorporate in Lenapehoking,.

10.  In addition to being able to incorporate under the LNC, they can incorporate under the Religious Act of first 1) The Spiritual Creeds, Lenapehoking Principle; And provides that "[a]ny church, congregation or society formed for the purpose of religious worship, may become incorporated" in the manner specified in that specified in that Act. *The choice of law is likely to be recommended by the legal counsel engaged by the government and religious organization (Society).*

## JURAT

This is to certify, and verify that before me a Notary of Aurora, Colorado the individual Minister: _Tazana Akire Bg_____ autographing this document are personally known to me therefore, I do affirm that this American Indian are part of our Theocratic Tribal, Religious Governmental Society. Title 28 USC 1746 (1)

I, _Glenda Sue Baca_____ affirm and seal this document by the authority invested in me this __15__ day of __May_____ ___, /2012. 2023

Date: _05/15/2023_

_Glenda Sue Baca_
**Jurisconsult and Witness**
_Notary Public_

_Tazana Akire Bg_
**Prime Minister In Pios Usus**

GLENDA SUE BACA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20094036282
MY COMMISSION EXPIRES 11/13/2025